- 1 -

1  Your Name: Tino R Spears
2  Address: 1203 Parkington Ave #4
3  Phone Number: 650-526-8422
4  Fax Number:
5  E-mail Address: tino.spears@aol.com
6  Pro Se Plaintiff

FILED
AUG 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#6
2fpp
NP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tino Spears

Plaintiff,

vs.

City of San Francisco, San Francisco Police
Department

Defendant.

Case Number  *[leave blank]*  C 22 04523

KAW

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes [4]  No [ ]

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Tino Spears
Address: 1203 Parkington ave #4 Sunnyvale Ca 94087
Telephone: 650-526-8422

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

<mark>

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: City of San Francisco
Address: 
Telephone: 415-554-3900

Defendant 2:
Name: San Francisco Police Department.
Address: 301 Eddy Street San Francisco Ca
Telephone: 415-614-3400

Defendant 3:
Name:
Address:
Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[4] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] 42usc section 1983

U.S. Const., Amend. IV - 42 U.S.C. 1983.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   [✓] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in <u>San Francisco</u> County, it should be assigned to the <u>San Francisoc/Oakland</u> Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

I was stopped by SFPD; Taken to jail and severly injured in the Tenderloin Station; Beaten badly for wanting to complaint about my civil Rights being violated; DPA Has all the facts on file. Department of Police Accountability San francisco city records,

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

(*Name the law or right violated*: EXCESSIVE FORCE — 4th and 14th Amds)

(*Name the defendants who violated it*: CITY OF SAN FRANCISCO / SAN FRANCISCO Police Department)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

//

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

**#2** Claim

(*Name the law or right violated*: ASSAULT AND BATTERY )
(*Name the defendants who violated it*: CITY OF SAN FRANCISCO City Police Department SF )

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

1

To whom it may concern

My name is Tino R Spears. This is my official complaint to the City of San Francisco concerning the violation of my civil rights and injuries I received unjustly from a SFPD officer inside the Tenderloin station in 2007.

Sometime in July, I was walking in the Tenderloin. A white male officer who was about 6'3" or 6'4" stopped me. He said, you look like someone we're looking for. He asked to see my ID so I gave it to him. He read my ID and said there was a warrant for my arrest for parole violation. I explained to the officer that I did not have a parole violation; I was discharged from parole 7/04/2004. He said he'll check again. He did and again he said there was an active warrant for a parole violation.

He arrested me and took me to the Tenderloin station. I was taken to a holding area in the rear of the station. After I was searched, I was told to sit on the wooden bench in the back room. My right wrist was then handcuffed to a ring the wall in the back of the room. I then fell asleep while waiting for the officer. I woke up from sleep because the arresting officer was attacking me. The officer hit me and pulled me resulting in a broken right wrist. I told the officer he had broken my wrist and that I was going to speak to the sergeant. Officer said he was the only one there, and that he has to let me go. He then told me to put my knees on the bench and my hands behind my back. When I complied with all of his requests, he handcuffed my hands behind my back. I told the officer I was going to complain about the injury to the wrist my right wrist. He became agitated and very angry. He said he would do favors for me if I didn't complain. He then offered me cocaine out of the evidence room if I didn't say anything. He said he would give me drugs out of the evidence room!

I refused the offer. I told him that It was an unprovoked attack while I was sleeping so I'm going to complain. Once he heard me say that, he yelled loudly that it's his career, it's his career! He then proceeded to shove both of my arms up in the air. With one hand behind my back I was already subdued. He had control of me. He had both my arms up in air. I mean, way up in the air. Arms aren't supposed to bend that far forward. He had one of my hands in the handcuffs and he pushed it up in the air too. Then he brought my arms back. His got me in a chokehold around the neck. He threw me down on the bench while he is twisting my neck and holding my arms. He is giving me what in wrestling is called a rear neck chokehold. I believe this is a banned move.

While he was choking me unconscious, my left arm was caught between his body and my back. He choked me with both hands and when he pulled me in and locked me in a chokehold, I heard my left arm crack as it broke. Oh, it was so painful. I then became unconscious because of his chokehold.

Later, I told the officer I was hurt and needed medical attention. He refused and said I can sue the city. The injuries caused by this SFPD officer have changed my life forever. Prior to this, I went to school for two years to become an electrician. I was actually working in San Francisco doing various jobs for the hotels as an electrician before I was injured in 2007. Now I am no longer able to perform those types of jobs.

My body has been broken, weakened and permanently damaged for no fair, legal, or justified reason. I was discriminated against because of my race when I was unfairly stopped. I was unfairly imprisoned. I

00045508-20

2

In addition, in the San Francisco Police department incident report 070901096, the male identified as Coluccio is the main witness to the facts. Before and after.

The officer who started the investigation into my statements would be fully aware of this conversation after we ask each other some questions! He would most definitely recall the incidents I'm referring to. Without any doubt!

My health and privacy requires a private investigative hearing due to the nature of the crimes. The officer who took my first complaint will understand what I mean. I made a felony level face to face complaint in person to this officer. Before my memory loss. The officer will recall me having memory problems due to the attract and the overdose at the hospital. Because he spoke to me before my loss of memory and after. The officer who did the start of the investigation told me to write everything down when I start to get my memory back. He knew I was going to Oregon to heal. He saw that I had a Greyhound bus ticket on me.

I have plenty of facts and evidence still to present. Being back in touch with that officer would bring this matter closer to the end. Therefore, this matter can finally be closed.

Thank you for your help

Mr. Tino R Spears


Ps: I still have a lot of facts to present that only the original officer would know. I'm requesting an investigative hearing. This is limited information; incomplete.

The original investigative officer was aware of my memory loss. He told me to start writing down on paper what I remembered. When I start to remember things concerning the incident. I did. He also talked to me about it being best for me to leave San Francisco due to my health and issues with the SFPD. We were both very concerned for my safety. I would have died without the help of this officer. My life was in danger!



**LONDON BREED**
MAYOR

CITY AND COUNTY OF SAN FRANCISCO
**Department of Police Accountability**
ONE SOUTH VAN NESS AVE., 8TH FLOOR
SAN FRANCISCO, CA 94103



PAUL DAVID HENDERSON
EXECUTIVE DIRECTOR

May 12, 2021

Tino Romall Spears
991 Boranda Avenue, Apt. #11
Mountain View, CA 94040

RE: DPA Case 00045498-20

Dear Tino Romall Spears:

The Department of Police Accountability completed its investigation of the above-referenced complaint and its allegations. We have documented your allegations for our records, considered them for policy evaluations, and we have made the following **preliminary** findings:

| Allegation Type | Allegation Detail | DPA Finding |
|---|---|---|
| Unwarranted Action | Arrest Without Cause | Proper Conduct |
| Unwarranted Action | Improper Search or Seizure of a Person, Property, Vehicle, or Location; Improper Entry | Proper Conduct |
| Use of Force | Unauthorized Force | Dropped |
| Policy/Procedure | Policy or Procedure Complaint | Proper Conduct |
| Unwarranted Action | Arrest Without Cause | Dropped |
| Unwarranted Action | Search or Seizure Violation | Dropped |
| Policy/Procedure | Policy or Procedure Complaint | Dropped |

If the same allegation appears multiple times, it means we investigated multiple officers for the same conduct.

We are enclosing a list of definitions to aid you in understanding these findings. If you simply need clarification of the findings, please contact the investigator to discuss the preliminary findings listed above.

However, if you disagree with our preliminary findings, you have the right to request an investigative hearing. Your written request for an investigative hearing must outline the basis for your request and must be mailed or hand-delivered to the following address within ten (10) days of the date of this letter. Please, use the below address for all written investigative hearing requests:

**Department of Police Accountability**
ATTN: Investigative Hearing Coordinator
**One South Van Ness Ave. 8th Floor**
**San Francisco, CA 94103**

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Judgement in Plaintiff's favor against Defendants on all Claims

Past, present and future special damages for plaintiff, including but not limited to, medical expenses, lost wages, damage to career and out of pocket losses to be determined at trial. For costs of suit,

For such other and further relief as th Court may deem just and proper

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[4] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 8-4-2022   Sign Name: *Mr. Tino Spears*
Print Name: TINO SPEARS

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*