From MR Tino R Spears #4
1203 PARKING TON AVE
Sunnyvale CA 94087