UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINO R. SPEARS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 4:22-cv-04523-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER CONTINUING HEARING ON MOTION<br><br>Re: Dkt. No. 70 |

On December 10, 2025, Defendant City and County of San Francisco filed a motion for judgement on the pleadings. Pursuant to Civil Local Rule 7-3(a), Plaintiff Tino R. Spears's opposition was due 14 days after the motion was filed, which was December 24, 2025.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 22.)

Accordingly, Plaintiff is ordered, on or before **January 13, 2026**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before January 20, 2026.

Finally, the hearing on the motion for judgment on the pleadings (Dkt. No. 70) is continued to February 5, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge